**Order entered July 3, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00442-CR

**ROCKY MORRIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F95-01315-U**

## ORDER

We **GRANT** the Dallas County District clerk's June 27, 2014 request for an extension of time to file the supplemental clerk's record as directed by the Court's May 29, 2014 order. The time to file the supplemental clerk's record is **EXTENDED** to **THIRTY DAYS** from the date of this order.

We **EXTEND** the time for appellant to file his brief until **SIXTY DAYS** from the date of this order.

/s/     LANA MYERS
        JUSTICE